# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No.  01-30030-01/USM No. 11093-035 |
| VERSUS | JUDGE ROBERT G. JAMES |
| OLANDIUS R. HICKS | MAG. JUDGE KAREN L.  HAYES |

## AMENDED JUDGMENT

Pursuant to 18 U.S.C. § 3582(c)(2), which provides for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission under 28 U.S.C. § 994(u),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Judgment of the Court, imposed on June 10, 2002, sentencing Defendant Olandius R. Hicks to a term of imprisonment of 45 months on Count 1 and 60 months on Count 2, to run consecutively, is AMENDED, and Defendant's sentence is reduced to 29 months on Count 1 and 60 months on Count 2, to run consecutively.  If this sentence exceeds the amount that Defendant has already served, this shall be treated as a "Time Served" Judgment.

IT IS FURTHER ORDERED that, if Defendant is currently incarcerated in a Bureau of Prisons ("BOP") facility, this Amended Judgment is STAYED for a period of ten (10) calendar days in order to allow BOP to complete its administrative functions.  However, this stay shall NOT apply to any Defendant who is in pre-release custody in a Residential Reentry Center.

## I.    COURT DETERMINATION OF GUIDELINE RANGE (Prior to any departures)

| | | | |
|---|---|---|---|
| **Previous Offense Level:** | **29** | **Amended Offense Level:** | **25** |
| **Criminal History Category:** | **II** | **Criminal History Category:** | **II** |

| Previous Guideline Range: <u>97-121 months on Ct. 1; 60 months on Ct. 2, to run consecutively.</u> | Amended Guideline Range: <u>63-78 months on Ct. 1; 60 months on Ct. 2, to run consecutively.</u> |
| --- | --- |

## II.    SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

**_____**    The reduced sentence is within the amended guideline range.

**  X  **    The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or a Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.  The sentence with respect to Count 2 is a statutory minimum and remains the same.

**_____** Other (explain):

## III.    ADDITIONAL COMMENTS:

Except as otherwise provided, all provisions of the Judgment dated June 14, 2002, remain in effect.

MONROE, LOUISIANA, this 3rd day of March, 2008.


_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE

2